UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KASHIE FERNANDEZ                                     CIVIL ACTION

VERSUS                                                         NO. 11-1322

JIM ROGERS, WARDEN                                SECTION "A" (6)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Kashie Fernandez for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby DENIED WITH PREJUDICE.

January 11, 2012

_____
UNITED STATES DISTRICT JUDGE