# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KASHIE FERNANDEZ | CIVIL ACTION |
| VERSUS | NO. 11-1322 |
| JIM ROGERS, WARDEN | SECTION "A" (6) |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that a certificate of appealability shall not be issued having found that petitioner has not made a substantial showing of the denial of a constitutional right.

January 11, 2012

UNITED STATES DISTRICT JUDGE